STATE v. WHISNANT

No. 29 PC.

Case below: 31 N.C. App. 750.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.

STATE v. WHITLEY

No. 44 PC.

Case below: 32 N.C. App. 234.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.

WARREN v. PARKS

No. 27 PC.

Case below: 31 N.C. App. 609.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.